No. 331. HOUSTON ET AL., TRUSTEES, ET AL. *v.* SWINFORD, U. S. DISTRICT JUDGE, ET AL.;

700

No. 332. KOHN ET AL. *v.* CIRCUIT COURT OF APPEALS FOR THE SIXTH CIRCUIT ET AL.; and

No. 333. KOHN ET AL. *v.* SWINFORD, U. S. DISTRICT JUDGE, ET AL. November 12, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Harvey H. Smith* for George S. Houston et al., and *Mr. Frank M. Dailey* for Central Distributing Co., petitioners.